IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY A. MCQUONE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 1:11cv01016 DLB<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Document 16) |

On March 5, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's opening brief.[1]  The parties' request is GRANTED. Defendant's response SHALL be filed on or before March 28, 2012.

IT IS SO ORDERED.

    Dated:   **March 6, 2012**              /s/ Dennis L. Beck
                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are reminded that requests for extensions of time should be filed prior to the required filing date.