IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOY A. MCQUONE, | ) | 1:11cv01016 DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING EXTENSION |
| Plaintiff, | ) | OF TIME |
| | ) | |
| vs. | ) | (Document 16) |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 5, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's opening brief.[1]  The parties' request is GRANTED. Defendant's response SHALL be filed on or before March 28, 2012.

IT IS SO ORDERED.

   Dated:   **March 6, 2012**          _____/s/ Dennis L. Beck_____
                                        UNITED STATES MAGISTRATE JUDGE

_____

[1]  The parties are reminded that requests for extensions of time should be filed prior to the required filing date.

1