1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9
JOY A. MCQUONE,                    )        1:11cv01016 DLB
10                                 )
                                   )
11                                 )
                                   )        ORDER GRANTING EXTENSION
12           Plaintiff,            )        OF TIME
                                   )
13      vs.                        )        (Document 18)
                                   )
14   COMMISSIONER OF SOCIAL        )
     SECURITY,                     )
15                                 )
                                   )
16           Defendant.            )
17   _____)

18
        On March 19, 2012, the parties filed a stipulation and proposed order to allow Defendant an
19
extension of time to file a response to Plaintiff's opening brief.  The parties' request is GRANTED.
20
Defendant's response SHALL be filed on or before April 27, 2012.
21

22
     IT IS SO ORDERED.
23
        Dated:    **March 20, 2012**              _____ **/s/ Dennis L. Beck**_____
24                                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28
                                        1