IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY A. MCQUONE, ) | 1:11cv01016 DLB |
| ) | |
| ) | |
| ) | ORDER GRANTING EXTENSION |
| Plaintiff, ) | OF TIME |
| ) | |
| vs. ) | (Document 18) |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

On March 19, 2012, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response SHALL be filed on or before April 27, 2012.

IT IS SO ORDERED.

    Dated: __**March 20, 2012**__          __/s/ Dennis L. Beck__
                                                                 UNITED STATES MAGISTRATE JUDGE

1