IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY A. MCQUONE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | 1:11cv01016 DLB<br><br>ORDER GRANTING STIPULATION FOR AWARD OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Document 23) |

　　On November 13, 2012, the parties submitted a Stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Accordingly, it is ORDERED that Plaintiff be awarded attorney fees under EAJA in the amount of THREE THOUSAND FIVE HUNDRED dollars ($3,500.00), subject to the terms of the Stipulation.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

　　IT IS SO ORDERED.

　　**Dated:　November 14, 2012**　　　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1